# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT THOMAS MARTIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No. CV 07-5243-JSL (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 4/10/08

　　　　　　　　　　　　　　　　_Spencer Letts_
　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE